UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                         CASE NO.: 1:23-cv-24493-DPG
Plaintiff,

vs.

TOMMY BAHAMA R&R HOLDINGS, INC.

a Foreign for Profit Corporation


        Defendant,
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal dismissing his action against Defendant.

                                                  **Respectfully Submitted,**

**MENDEZ LAW OFFICES, PLLC**
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33222
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###